IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY CARPENTER                          PLAINTIFF

vs.                        Civil No. 6:06-CV-06025

MICHAEL J. ASTRUE
Commissioner, Social Security Administration            DEFENDANT

## ORDER

Now on this 14th day of November 2007, comes for consideration the Report and Recommendation, dated October 24, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this motion, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, **GRANTS** Plaintiff's motion for attorney's fees (Doc. No. 14), and awards **$1,713.75** in attorney's fees.

IT IS SO ORDERED.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 14 2007
CHRIS R. JOHNSON, CLERK
BY       DEPUTY CLERK